455 A.2d 206

Estate of Lewis A. Will.

Appeal of Herbert C. Will, James E. Will, Martha Carlson and Other Natural Heirs of Lewis A. Will.

Petition for Allowance of Appeal
Denied April 8, 1983.

Argued May 20, 1982. John W. Pollins, III, for appellant; George M. Lynch, for appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Order affirmed.